United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 11-19198-mdc
Jennifer B Richichi                                             Chapter 13
Anthony T. Richichi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2              Date Rcvd: Feb 17, 2017
                             Form ID: 138NEW          Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
jdb/db        +Jennifer B Richichi,   Anthony T. Richichi,   1807 Twining Rd,   Willow Grove, PA 19090-3733
cr             ECMC,   P.O. Box 75906,   St. Paul, MN  55175
12688978      +AES/PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
12667340      +AES/PHEAA,   PO BOX 8183,   HARRISBURG, PA 17105-8183
12749920      +AURORA BANK FSB,   AURORA BANK FSB,   2617 COLLEGE PARK,   SCOTTSBLUFF, NE 69361-2294
12614779      +Aes/wells Fargo,   PO Box 2461,   Harrisburg, PA 17105-2461
12614781      +Aurora Bank Fsb,   10350 Park Meadows Dr St,   Littleton, CO 80124-6800
12614782     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
12614783      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
12642337       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
12752707       ECMC,   P. O. Box 16408,   St. Paul, MN 55116-0408
12806798     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,   Bankruptcy Dept,   350 Highland Dr,
               Lewisville, TX 75067-4177)
12622552      +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
12614789      +PNC Bank,   PO Box 5570,   Brecksville, OH 44101-0570
12614788      +Pnc Bank,   2730 Liberty Av,   Pittsburgh, PA 15222-4747
12614790      +Reef Regency USA,   PO Box 670283,   Houston, TX 77267-0283
12614791      +Sears/cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
12614792      +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
12614793      +Us Dept Of Education,   Po Box 5609,   Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Feb 18 2017 02:37:01     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 18 2017 02:35:49
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 18 2017 02:36:38     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 02:29:25     GE Capital Retail Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
cr            +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 02:28:50
               Recovery Management Systems Corporation For GE Mon,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12614780      +E-mail/Text: g20956@att.com Feb 18 2017 02:37:27     AT&T,   PO Box 537104,
               Atlanta, GA 30353-7104
12639197       E-mail/Text: mrdiscen@discover.com Feb 18 2017 02:35:03     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
12614784      +E-mail/Text: mrdiscen@discover.com Feb 18 2017 02:35:03     Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
12718868       E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 02:29:25     GE Capital Retail Bank,
               Attn: Bankruptcy Department,   PO Box 960061,   Orlando FL 32896-0661
12836198       E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 02:28:49     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami, FL 33131-1605
12614785       E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 02:29:25     Gemb/jcp,   Po Box 984100,
               El Paso, TX 79998
12614786      +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 02:29:25     Gemb/sleepys,   Po Box 981439,
               El Paso, TX 79998-1439
12811760       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2017 02:29:36
               InSolve Recovery, LLC by American InfoSource LP,   PO Box 269093,
               Oklahoma City, OK  73126-9093
12614787      +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 18 2017 02:35:09     Kohls/capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
12720086      +E-mail/Text: bknotice@ncmllc.com Feb 18 2017 02:36:24     National Capital Management, LLC,
               agent for GE Capital Retail Bank,   8245 Tournament Drive,   Suite 230,
               Memphis, TN 38125-1741
12654849      +E-mail/Text: bncmail@w-legal.com Feb 18 2017 02:36:22     OAK HARBOR CAPITAL III, LLC,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
12718720       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2017 02:43:19
               Portfolio Recovery Associates, LLC,   POB 41067,   NORFOLK, VA 23541
13035363      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2017 02:29:03
               PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
12620247       E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2017 02:29:33
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                      TOTAL: 19

```
District/off: 0313-2          User: Virginia        Page 2 of 2              Date Rcvd: Feb 17, 2017
                              Form ID: 138NEW        Total Noticed: 38
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +AES/PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
cr*           InSolve Recovery, LLC by American InfoSource LP,   PO Box 269093,
              Oklahoma City, OK  73126-9093
cr*          ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court:  NATIONSTAR MORTGAGE, LLC,   Bankruptcy Department,
              350 Highland Drive,   Lewisville, TX  75067)
cr*          ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC.,   POB 41067,
              Norfolk, VA  23541)
cr*          +PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
13503885*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage, LLC,   P O Box 619096,   Dallas, TX 75261-9741)
                                                                    TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
          ALFRED  ABEL   on behalf of Debtor Anthony T. Richichi aa.law@alfredabellaw.com,
           G22350@notify.cincompass.com
          ALFRED  ABEL   on behalf of Joint Debtor Jennifer B Richichi aa.law@alfredabellaw.com,
           G22350@notify.cincompass.com
          ALFRED  ABEL   on behalf of Plaintiff Anthony T. Richichi aa.law@alfredabellaw.com,
           G22350@notify.cincompass.com
          ALFRED  ABEL   on behalf of Plaintiff Jennifer B Richichi aa.law@alfredabellaw.com,
           G22350@notify.cincompass.com
          ANDREW  SPIVACK   on behalf of Creditor   Aurora Bank FSB, paeb@fedphe.com
          BRIAN CRAIG NICHOLAS   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          D. TROY SELLARS   on behalf of Creditor   Aurora Bank FSB, D.Troy.Sellars@usdoj.gov
          DENISE ELIZABETH CARLON   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          JACQUELINE M. CHANDLER   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          KERI P EBECK   on behalf of Creditor   PNC Bank kebeck@weltman.com,  jbluemle@weltman.com
          MARISA MYERS COHEN   on behalf of Creditor   Nationstar Mortgage, LLC mcohen@mwc-law.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                              TOTAL: 13
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Jennifer B Richichi and Anthony T.
Richichi

        Debtor(s)                           Bankruptcy No: 11−19198−mdc

                                           Chapter: 13

_____

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/17/17