## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Anthony Richichi and            :        CASE NO. 11-19198
Jennifer Richichi                        :        Chapter 13

## PRAECIPE TO WITHDRAW STIPULATION

Debtors, Anthony and Jennifer Richichi, by counsel, respectfully represents:

1.  On May 11, 2017, a hearing was held pursuant to counsel's supplemental fee application that was filed on March 3, 2017.  At that hearing, counsel was directed to prepare and file a stipulation to support the fee application.

2.  The application was prepared, signed by counsel and Debtors, and filed on May 18, 2017.

3.  Counsel was notified that the trustee's office requested changes to the stipulation that was filed.

4.  Accordingly, counsel for debtors therefore wishes to withdraw the stipulation and file an amended stipulation to resolve the concerns of the trustee's office.

5.  The stipulation that counsel wishes to withdraw is document number 89 on the docket.

    WHEREFORE, the Debtor requests that document number 89 on the docket in this matter, labeled Stipulation By Anthony T. Richichi, Jennifer B Richichi and Between Counsel *sur supplemental fee petition* be withdrawn.

                                         Respectfully Submitted,

Dated: May 30, 2017

                                         _____
                                         Alfred M Abel Law Offices
                                         600 W. Germantown Pike, Ste 400
                                         Plymouth Meeting, PA 19462
                                         Phone: (610) 940-1635
                                         Email: aa.law@AlfredAbelLaw.com