*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Jennifer B Richichi and Anthony T. Richichi : Case No. 11–19198–mdc
    Debtor(s)

### ORDER
_____

AND NOW, this day , August 10, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

            By The Court

            Magdeline D. Coleman
            Judge , United States Bankruptcy Court

94
Form 195