United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 11-19198-mdc
Jennifer B Richichi                                       Chapter 13
Anthony T. Richichi
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Virginia              Page 1 of 1              Date Rcvd: Aug 10, 2017
                               Form ID: 195                Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2017.
```
jdb/db          +Jennifer B Richichi,   Anthony T. Richichi,   1807 Twining Rd,   Willow Grove, PA 19090-3733
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2017 at the address(es) listed below:
```
          ALFRED   ABEL    on behalf of Debtor Anthony T. Richichi aa.law@alfredabellaw.com,
           G22350@notify.cincompass.com
          ALFRED   ABEL    on behalf of Joint Debtor Jennifer B Richichi aa.law@alfredabellaw.com,
           G22350@notify.cincompass.com
          ALFRED   ABEL    on behalf of Plaintiff Anthony T. Richichi aa.law@alfredabellaw.com,
           G22350@notify.cincompass.com
          ALFRED   ABEL    on behalf of Plaintiff Jennifer B Richichi aa.law@alfredabellaw.com,
           G22350@notify.cincompass.com
          ANDREW   SPIVACK    on behalf of Creditor   Aurora Bank FSB, paeb@fedphe.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          D. TROY SELLARS    on behalf of Creditor   Aurora Bank FSB, D.Troy.Sellars@usdoj.gov
          DENISE ELIZABETH CARLON    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          KERI P EBECK    on behalf of Creditor   PNC Bank kebeck@weltman.com,   jbluemle@weltman.com
          MARISA MYERS COHEN    on behalf of Creditor   Nationstar Mortgage, LLC mcohen@mwc-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 13
```

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Jennifer B Richichi and Anthony T. Richichi  : Case No. 11−19198−mdc

    Debtor(s)

***ORDER***
_____

    AND NOW, this day , August 10, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

94
Form 195