United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jennifer B Richichi
Anthony T. Richichi
    Debtors

Case No. 11-19198-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　User: Virginia　　　　　　Page 1 of 1　　　　　　　　　Date Rcvd: Aug 12, 2020
　　　　　　　　　　　　　Form ID: pdf900　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2020.
jdb/db　　　　+Jennifer B Richichi,　 Anthony T. Richichi,　 1807 Twining Rd,　 Willow Grove, PA 19090-3733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2020 at the address(es) listed below:
      ALFRED　ABEL　　on behalf of Debtor Anthony T. Richichi aa.law@alfredabellaw.com,
       G22350@notify.cincompass.com
      ALFRED　ABEL　　on behalf of Joint Debtor Jennifer B Richichi aa.law@alfredabellaw.com,
       G22350@notify.cincompass.com
      ALFRED　ABEL　　on behalf of Plaintiff Anthony T. Richichi aa.law@alfredabellaw.com,
       G22350@notify.cincompass.com
      ALFRED　ABEL　　on behalf of Plaintiff Jennifer B Richichi aa.law@alfredabellaw.com,
       G22350@notify.cincompass.com
      ANDREW　SPIVACK　　on behalf of Creditor　 Aurora Bank FSB, paeb@fedphe.com
      BRIAN CRAIG NICHOLAS　　on behalf of Creditor　 NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      CHARLES GRIFFIN WOHLRAB　　on behalf of Creditor　 PNC Bank cwohlrab@rascrane.com
      D. TROY SELLARS　　on behalf of Creditor　 Aurora Bank FSB, D.Troy.Sellars@usdoj.gov
      DENISE ELIZABETH CARLON　　on behalf of Creditor　 NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      JACQUELINE M. CHANDLER　　on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      KERI P EBECK　　on behalf of Creditor　 PNC Bank kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      MARISA MYERS COHEN　　on behalf of Creditor　 Nationstar Mortgage, LLC ecfmail@ecf.courtdrive.com,
       mcohen@mwc-law.com
      United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.　　ecfemails@ph13trustee.com,　philaecf@gmail.com
                                                                                                                                                                                TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>Anthony T. Richichi,<br>Jennifer B Richichi,<br><br>    Debtors. | Bankruptcy No. 11-19198-mdc<br><br>Chapter 13<br><br>Doc. No. 2-1 |
|---|---|

### ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (claim number 2-1) filed by PNC Bank NA;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (claim number 2-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed as claim number 2-1 on the Claims Register forthwith and replace the incorrectly redacted documents with the remediated documents provided.

Dated: August 12, 2020

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE